UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD B. WILLIAMS | ) | Case No. CV 14-4005-AG (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| J.P. MORGAN CHASE BANK, N.A. et al., | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Order filed herein today, it is hereby adjudged that the action is dismissed without prejudice.

DATED:    October 31, 2014.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Williams Judgment.wpd